

# Fourth Court of Appeals
## San Antonio, Texas

October 25, 2016

No. 04-16-00628-CV

**IN RE** Juan **ROBLES**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:        Karen Angelini, Justice
                  Patricia O. Alvarez, Justice
                  Luz Elena D. Chapa, Justice

On September 28, 2016, relator filed a petition for writ of mandamus. This court is of the opinion that a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). **The respondent and the real party in interest may file a response to the petition in this court no later than November 10, 2016.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** on October 25, 2016.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2016-CI-06761, styled *Juan Robles v. Cristina Tijerina Sepulveda*, pending in the 438th Judicial District Court, Bexar County, Texas, the Honorable Peter A. Sakai presiding.